**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Trina Wray,** | ) | **CASE NO. 1:17 CV 586** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Commissioner of Social Security,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg (Doc. 14), recommending that the decision of the Commissioner be AFFIRMED, hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

                                                 /s/ Patricia A. Gaughan
                                                 PATRICIA A. GAUGHAN
                                                 United States District Judge
                                                 Chief Judge

Dated: 2/1/18